IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE SANTOS,        ) | 1:08-cv-00565 AWI GSA |
| Plaintiff,        ) | ORDER REGARDING |
|        ) | SCHEDULING CONFERENCE |
| vs.        ) | AND SETTING FURTHER |
|        ) | SCHEDULING CONFERENCE |
| QUEBECOR WORLD LONG TERM        ) | |
| DISABILITY PLAN,        ) | |
| Defendants.        ) | |

On July 24, 2008, the court conducted an initial scheduling conference in this matter. Thornton Davidson appeared telephonically on behalf of Plaintiff Guadalupe Santos ("Plaintiff"). Thomas Hockel appeared telephonically on behalf of Defendant Quebecor World Long Term Disability Plan ("Defendant").

The scheduling issue before the court pertained to whether, and to what extent, Plaintiff may conduct discovery in this action. In an effort to resolve the issue, the parties have agreed to the following preliminary deadlines:

1. Plaintiff shall file a motion for leave to conduct discovery on or before August 29, 2008.

2. Defendant shall file its opposition to the motion, if any, on or before September 12, 2008.

3. Plaintiff shall file her reply, if any, on or before September 19,

1  2008.
2      4.    The hearing on such motion shall be noticed for Friday, October 3, 2008, at 9:30 a.m. in Courtroom 10 before the undersigned.
4      5.    The court sets this matter for a Further Scheduling Conference on October 9, 2008, at 9:30 a.m. before the undersigned. The parties shall submit a joint scheduling report to the court on or before October 2, 2008. The parties may appear for the conference telephonically by arranging a conference call and confirming their telephonic appearance with the courtroom deputy no later than two court days before the Further Scheduling Conference.

IT IS SO ORDERED.

**Dated:** **July 24, 2008**                      /s/ **Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE