**ROBERT J. ROSATI, #112006**
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Telefax (559) 256-9799
rosatilaw@aol.com

Attorney for Plaintiff, GUADALUPE SANTOS

**JONATHAN A. KLEIN, #162071**
**THOMAS K. HOCKEL, #172367**
Kelley Hockel & Klein, P.C.
44 Montgomery Street, Suite 2500
San Francisco, California 94104
Telephone (415) 951-0535
Telefax (415) 391-7808
thockel@khklaw.com

Attorneys for Defendant, QUEBECOR WORLD
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE SANTOS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>QUEBECOR WORLD LONG TERM<br>DISABILITY PLAN,<br><br>　　　　Defendant | Case No. 1:08-CV-00565-AWI-GSA<br><br>**STIPULATION & ORDER TO MODIFY SCHEDULING ORDER/SET VOLUNTARY SETTLEMENT CONFERENCE** |

　　　Plaintiff, Guadalupe Santos, and Defendant, Quebecor World Long Term Disability Plan, through counsel, hereby stipulate as follows:

　　　1.　　Good cause exists to modify the Scheduling Conference Order filed on July 24, 2008 in this case. Specifically, the parties desire to engage in settlement negotiations and a voluntary settlement conference and do not wish to incur the expense and time consumption of discovery motions and discovery prior to such settlement negotiations.

///

---

STIPULATION & ORDER TO MODIFY SCHEDULING ORDER/SET VOLUNTARY SETTLEMENT CONFERENCE
1

PDF created with pdfFactory trial version www.pdffactory.com

      2.      Therefore, the parties stipulate that the Scheduling Conference Order be modified as follows:

      A.      To extend the deadline for Defendant to file a counterclaim from August 29, 2008 to September 29, 2008.

      B.      To set a voluntary settlement conference on a date convenient for the Court and the parties, but on or before October 3, 2008.

      C.      To modify the Order regarding the Scheduling Conference and setting Further Scheduling Conference filed July 24, 2008, as follows:

      (1)      Plaintiff shall file a motion for leave to conduct discovery on or before October 10, 2008.

      (2)      Defendant shall file its opposition and motion, if any, on or before October 24, 2008.

      (3)      Plaintiff shall file her reply, if any, on or before October 31, 2008.

      (4)      The hearing on such motion shall be noticed for Friday, November 14, 2008 at 9:30 a.m., in Courtroom 10 before the Honorable Gary S. Austin.

      (5)      The Court shall set the matter for a further Scheduling Conference on November 20, 2008 at 9:30 a.m., before the Honorable Gary S. Austin. The parties shall submit a Joint Scheduling Report to the Court on or before November 13, 2008. The parties may appear for the conference telephonically by arranging a conference call and confirming their telephonic appearance with the courtroom deputy no later than two court days before the further Scheduling Conference.

THE ERISA LAW GROUP

Dated: August 26, 2008                          /s/ Robert J. Rosati
                                                  Robert Rosati,
                                                  Attorney for Plaintiff,
                                                  GUADALUPE SANTOS

PDF created with pdfFactory trial version www.pdffactory.com

KELLEY, HOCKEL & KLEIN, P.C.

Dated: August 26, 2008            /s/ Thomas K. Hockel
                                  JONATHAN A. KLEIN
                                  THOMAS K. HOCKEL
                                  Attorneys for Defendant,
                                  QUEBECOR WORLD LONG TERM
                                  DISABILITY PLAN

## **ORDER**

Pursuant to the parties' stipulation, the Scheduling Conference Order entered on July 24, 2008 is HEREBY MODIFIED as follows:

1. The deadline for Defendant to file a counterclaim is EXTENDED to September 29, 2008.

2. A Settlement Conference is SCHEDULED for October 1, 2008 at 10:30 a.m. in Courtroom 10 before the undersigned. If the parties are unable to attend the Settlement Conference as scheduled, they are directed to contact the courtroom deputy at (559) 499-5962 to set a new date.

3. Plaintiff shall file a motion for leave to conduct discovery on or before October 10, 2008; Defendant shall file its opposition to the motion, if any, on or before October 24, 2008; and Plaintiff shall file her reply, if any, on or before October 31, 2008. The hearing on such motion shall be noticed for Friday, November 7, 2008 at 9:30 a.m.

4. A further Scheduling Conference is SCHEDULED for November 20, 2008, at 9:00 a.m. before the undersigned. The parties shall submit a Joint Scheduling Report to the court on or before November 13, 2008. The parties may appear for the conference telephonically be arranging a conference call and confirming their

PDF created with pdfFactory trial version www.pdffactory.com

telephonic appearance with the courtroom deputy no later than two court days before the further Scheduling Conference.

IT IS SO ORDERED.

Dated:   August 27, 2008                                  /s/Gary S. Austin
                                                          HONORABLE GARY S. AUSTIN

STIPULATION & ORDER TO MODIFY SCHEDULING ORDER/SET VOLUNTARY SETTLEMENT CONFERENCE
4

PDF created with pdfFactory trial version www.pdffactory.com