IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE SANTOS,                ) | 1:08-cv-00565 AWI GSA |
| )  Plaintiff,                              ) | ORDER REGARDING STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR FILING COUNTERCLAIM |
| vs.                                          ) | |
| )   QUEBECOR WORLD LONG TERM DISABILITY PLAN,             ) | |
| )  Defendant.                          ) | |

Pursuant to the stipulation of the parties, the Scheduling Order is modified to extend Defendant's deadline for filing a counterclaim through and including October 15, 2008.

IT IS SO ORDERED.

Dated:  **September 30, 2008**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE